IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DULCE J. FOSTER |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:   26-mj-81 (DJF) |
| | ) | Date:   January 28, 2026 |
| Paul Ervin Johnson, | ) | Courthouse:   Minneapolis |
| | ) | Courtroom:   8E |
| Defendant. | ) | Time Commenced:   3:55 p.m. |
| | ) | Time Concluded:   3:59 p.m. |
| | ) | Time in Court:   4 minutes |

APPEARANCES:

Plaintiff: Grant Newman, Assistant U.S. Attorney
Defendant: Lisa Lopez, Assistant Federal Defender
    X FPD         X To be appointed

Date Charges Filed: January 26, 2026          Offense: Forcibly assault, resist, oppose, impede, intimidate, or interfere with a federal officer in performance of their official duties, and inflicted bodily injury in violation of 18:111(a) and (b)

    X Advised of Rights

on     X Complaint

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Next appearance date is TBD for:
    X Preliminary hrg


**X Government moves to unseal the case.        X Granted**

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

                                                                           _s/jam_
                                                                Signature of Courtroom Deputy