UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Court File No. 26-mj-81 |
| Plaintiff, | |
| v. | **SPEEDY TRIAL DEMAND** |
| Paul E. Johnson, | |
| Defendant. | |

---

Defendant hereby demands a speedy trial pursuant to 18 U.S.C. § 3161(a) and the Sixth Amendment to the Constitution.

Dated: January 31, 2026    */s/ Kevin C. Riach*
Kevin C. Riach (#0389277)
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone: 612.203.8555
kevin@riachdefense.com

***Attorney for Defendant***