UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-MJ-81 (SGE)

UNITED STATES OF AMERICA,

    Plaintiff,

v.                       **NOTICE OF SUBSTITUTION**

PAUL ERVIN JOHNSON,

    Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

    <u>Add AUSA</u>

    MICHAEL HAKES-RODRIGUEZ

    <u>Remove AUSA</u>

    KRISTIAN C.S. WEIR

Dated: February, 5, 2026                Respectfully submitted,

                                            DANIEL N. ROSEN
                                            United States Attorney

                                            *s/Michael Hakes-Rodriguez*
                                BY:    MICHAEL HAKES-RODRIGUEZ
                                            Assistant U.S. Attorney