UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION**  26MJ81 KMM/SGE |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 111(a)(1) |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL ERVIN JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
(Assaulting, Resisting, or Impeding Certain Officers or Employees)

On or about January 22, 2026, in the State and District of Minnesota, the defendant,

**PAUL ERVIN JOHNSON,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with person designated in 18 U.S.C. § 1114, to wit: a Customs and Border Protection employee, while such officer and employee was engaged in and on account of the performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

Dated: February 11, 2026

DANIEL N. ROSEN
United States Attorney

 /s/   *Michael Hakes-Rodriguez*
BY:   MICHAEL HAKES-RODRIGUEZ
Special Assistant United States Attorney