**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

          Plaintiff,

v.

Paul E. Johnson,

          Defendant.

Court File No.: 26-mj-81 (KMM/SGE)

**ORDER**

Michael Hakes-Rodriguez, Assistant United States Attorney, United States Attorney's Office, 300 South Fourth Stret, Suite 600, Minneapolis, MN 55415, for Plaintiff.

Kevin Riach, 125 Main St. SE, Suite 339, Minneapolis, MN 55414, CJA Appointment, for Defendant.

This matter is before the undersigned United States Magistrate Judge on the Unopposed Motion for Leave to File Brief of Amici Curiae Former U.S. Military Lawyers (Dkt. 39) and proposed amicus brief (Dkt. 39-1) filed by Attorney John Marti in support of Defendant Johnson's Motion to Strike Appearance of Government's Counsel (Dkt. 24).

"There is no formal rule governing the standard by which to evaluate whether to grant a motion requesting leave to file an amicus curiae brief." *Larson v. Allina Health Sys.*, No. 17-CV-3835 (SRN/TNL), 2020 WL 583082, at * 2 (D. Minn. Feb. 6, 2020). The court's decision on a request for leave to file an amicus brief is "discretionary, and 'the court ... may grant or refuse leave [] as it deems the proffered information timely, useful, or otherwise.'" *Murphy v. Piper*, No. 16-cv-2623 (DWF/BRT), 2018 WL 2088302, at *11

(D. Minn. 2018) (quoting *Richland/Wilkin Joint Powers Auth. v. U.S. Army Corps of Eng'rs*, 38 F. Supp. 3d 1043, 1055 (D. Minn. 2014)).

Because the Motion for Leave to File Brief of Amici Curiae Former U.S. Military Lawyers (Dkt. 39) is not opposed by any party to this matter, and because the Court finds the amicus brief useful, the motion is **GRANTED**.

Dated: March 11, 2026                     *s/Shannon G. Elkins*
                                          SHANNON G. ELKINS
                                          United States Magistrate Judge

2