UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-81

UNITED STATES OF AMERICA,

Plaintiff,

v.

**NOTICE OF WITHDRAWAL**

PAUL ERVIN JOHNSON,

Defendant.

Please remove the following Trial Attorney in the above-captioned case:

Remove Trial Attorney

Bradley M. Endicott

Dated: June 16, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/Bradley M. Endicott*
BY:    Bradley M. Endicott
Assistant U.S. Attorney
600 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
Attorney reg: MN 349872
Bradley.Endicott@usdoj.gov
612-664-5600