UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-MJ-81 (KMM/SGE)

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                **ORDER**

PAUL ERVIN JOHNSON,

      Defendant.

On June 18, 2026, the United States filed a Motion to Dismiss the pending charges against Paul Johnson in this matter. (ECF 81) The basis for the requested dismissal without prejudice was to give the government time to investigate allegations of outrageous conduct related to the arrest of Mr. Johnson, set forth in a Motion to Dismiss filed by Mr. Johnson a few days earlier. (ECF 77)

Since the filing of the government's Motion to Dismiss, the parties have met and conferred. Mr. Johnson expressed his intention to seek a dismissal with prejudice, instead of without. The government recently communicated to the Court that it does not oppose Mr. Johnson's position. Therefore:

### **ORDER**

    **IT IS HEREBY ORDERED** that the United States Motion to Dismiss is granted. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGEMENT BE ENTERED ACCORDINGLY**

Dated: July 6, 2026                         *s/Katherine M. Menendez*
                                            Katherine M. Menendez
                                          United States District Judge